United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **DEPARTMENT OF HOMELAND, SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT** **Petitioner,** | * | |
| | * | **CASE NO. 1:26-cv-1150** |
| **v.** | * | |
| | * | |
| **Luis Alejandro Cora Perez,** **Respondent.** | * | |

**ORDER**

On this day, the Court considered Petitioner's Motion to Dismiss Pursuant to Fed. R. Civ. Proc., 41(a)(1). The Court finds that the Petition was filed in an effort to address Respondent's participation in a hunger strike. Based on the representation of Petitioner's counsel, the Court further finds that Respondent has discontinued the hunger strike and that the circumstances giving rise to the Petition no longer exist.

The Court therefore finds that the issues presented in the Petition have become moot and that no further judicial intervention is necessary.

IT IS THEREFORE **ORDERED** that Petitioner's Motion to Dismiss is **GRANTED**.

IT IS FURTHER **ORDERED** that the Petition is **DISMISSED**, without prejudice, as moot. IT IS FURTHER **ORDERED** that all relief not expressly granted herein is **DENIED**.

Signed on the 12th Day of November 2026.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE